RECEIVED
MAR 2 3 2015
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 10-237 DSD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KERRY QUAM,                             **APPLICATION FOR WRIT**
                                                  **OF GARNISHMENT**
    Defendant,

    and

TD AMERITRADE,

    Garnishee.

The United States of America, plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1), to the Clerk of the United States District Court, to issue a Writ of Garnishment upon the judgment entered against the above-named defendant, Kerry Quam, Social Security Number, ***-**-2707, with the last known address of XXXX, Hampton, MN XXXXX.

The judgment was entered on September 7, 2011, for monetary impositions. The judgment was entered in the amount of $3,283,780.95, plus costs.

As of February 9, 2015, after applying payments, if any, the balance on this judgment debt was $3,279,580.95 in principal, plus costs and pursuant to 28 U.S.C. § 3011, a surcharge of 10% of the total debt due.

More than 30 days has elapsed since demand for payment was last made on the above-named judgment debtor; and the debtor has failed to satisfy the debt as set forth in the demand.

SCAN
MAR 2 3 2015
U.S. DISTRICT COURT MPLS

DSD 3-20-15  Writ issued 3/23/15

The garnishee is believed to owe or will owe money or property to this judgment debtor or is in possession of property in which this judgment debtor has a substantial non-exempt interest.

The name and address of the garnishee or his authorized agent is:

TD Ameritrade, 4211 S. 102nd Street, Omaha, NE 68127.

Dated: 3-18-15

ANDREW M. LUGER
United States Attorney

BY: ANA H. VOSS
Assistant U.S. Attorney
Attorney ID No. 483656DC
Email: Ana.Voss@usdoj.gov
600 United States Courthouse
300 Fourth Street
Minneapolis, MN 55415
(612) 664-5600