RECEIVED

APR 8 2015

CLERK
U.S. DISTRICT COURT
MINNEAPOLIS MINNESOTA

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 10-237 DSD

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

KERRY QUAM,                                                                **ANSWER OF THE GARNISHE
(NON-EARNINGS)**

        Defendant,

        and

TD AMERITRADE,

        Garnishee.


TD Ameritrade, being duly sworn, deposes and says:

**If Garnishee is an individual:**

That he/she is Garnishee herein doing business in the name of_____

TD Ameritrade, Inc.  200 South 108th Avenue, Omaha, NE 68154_____.
    (Provide full name and address of business)

**If Garnishee is a partnership:**

That he/she is a member of _____,
                 (Full name/address of partnership)

a partnership, of which Garnishee is a partner.


SCANNED
APR - 9 2015
U.S. DISTRICT COURT MPLS

**If Garnishee is a corporation:**

That he/she is the <u>Regulatory Compliance Analyst</u> of Garnishee, <u>TD Ameritrade, Inc.</u>

(Title)                                                                (Full name/address

_____ , a corporation, organized under the laws of the State of <u>Delaware</u> .
of corporation)

On <u>April 6</u> , 2015, Garnishee was served with the Writ of

Garnishment. If, **as of the date of service of said Writ,** Garnishee was in custody, control of

possession of non-earnings' property in which the above-named defendant has financial or

legal interest, proceed to Number 1 below. If, as of the date of service of said Writ,

Garnishee was not in custody, control or possession of such property, sign, date, notarize,

and return this Answer of the Garnishee.

1.    For non-earnings' property presently in your custody, control or possession,

indicate:

| Description of Property | Value of Property | Debtor's Interest in Property |
|---|---|---|
| Account ending in 0153, in the name of Kerry J. Quam Rollover IRA | $24,047.78 | 100% |
| Account ending in 0173 , in the name of FBO Kerry Jon Quam Abundant Enterprises Inc. 401k | $9.15 | 100% |
| Account ending in 6522, in the name of Kerry J. Quam Roth IRA | $7,402.39 | 100% |

Total Value of Property        $ 31,459.32

*liquidation values provided are as of start of day on April 7, 2015 and subject to change due to market fluctuation.

2.    If the non-earnings' property listed above is currently subject to previously-

served garnishments or court orders, provide the information requested below:(If the noted

non-earnings' property is <u>not</u> currently subject to any previously-served

garnishments/orders, write "$0.00" on the "Total Due Under Previously-Served

Garnishments/Orders" line below.)

| Description of Previously-Served Garnishment/Order | Amount Due Under Previously-Served Garnishment/Order |
|---|---|
| N/A | $ |
| | $ |
| | $ |
| **Total Due Under Previously-Served Garnishments/Orders:** | $    N/A |

3.      Determine the extent to which the non-earnings' property presently in your custody, control or possession is available for this garnishment:

     a.     Enter the amount listed on the

            "Total Value of Property" line

            in Number 1 above.          $ 31,459.32

     b.     Enter the amount listed on the

            "Total Due Under Previously-Served

            Garnishments/Orders" line in Number 2

            above (including "$0.00").      $ N/A

     c.     **Current Non-Earnings' Property**

            **Available for this Garnishment**

            (subtract line "b" from line "a")   $ 31,459.32

If you do not claim an exemption, objection, defense or setoff against the amount stated on Line "c" above, you must now retain that amount, up to the total debt balance due as set forth in the Writ of Garnishment, pending further order of the Court. (Note, the

debtor is responsible under this garnishment for <u>all</u> interest that accrues on this debt through the date on which payment in full is sent to the defendant.)

If you <u>do</u> contend that some portion of the amount listed on Line "c" above is <u>not</u> subject to this garnishment, indicate the reason(s) for your contention:

_____ The Garnishee claims, on behalf of the judgment debtor, the exemption noted on Line _____ of the Claim for Exemption Form. The amount the Garnishee contends is available from current non-earnings' property for this garnishment is $_____.

_____ The Garnishee claims the following objection, defense or right to set-off from the non-earnings' property available for this garnishment:_____.

The amount the Garnishee contends is available from current non-earnings' property for this garnishment is $_____.

---------------------------------------------------------------------------------------------------------------

The Garnishee mailed a copy of the Answer of Garnishee, by first-class mail, to:

Counsel for United States at:

> United States Attorney's Office
> Attn: Financial Litigation Unit
> 600 United States Courthouse
> 300 South Fourth Street
> Minneapolis, Minnesota 55415

The Debtor, at:

> Kerry Quam
> XXXXX
> Hampton, MN XXXXX

The Garnishee sent the <u>original</u> Answer of Garnishee, by first-class mail, to :

Clerk of United States District Court
202 United States Courthouse
300 South Fourth Street
Minneapolis, Minnesota 55415

_____
Garnishee

Geoffrey Brennan
_____
Printed Name of Garnishee

(402) 574-6643
_____
Phone Number of Garnishee

SUBSCRIBED and SWORN to before me

this ___7th___ day of ___April___ , 2015.

_____
NOTARY PUBLIC

State of Nebraska - General Notary
LYNDA HOFFMANN
My Commission Expires
March 18, 2019